UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-06382-GW-SK                                           Date: August 12, 2024
Title:  All American Healthcare Services, Inc. v. Shlomo Rechnitz, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                      Attorneys Present for Defendant:

Not Present                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT**

On July 29, 2024, Plaintiff All American Healthcare Services, Inc. initiated this action against several Defendants.  (*See* Compl., Doc. 1.)  Plaintiff invokes the Court's diversity jurisdiction, alleging that it is a citizen of New Jersey and that all seventeen Defendants are citizens of California.  (*Id.* ¶¶ 1–18.)

"Federal courts are courts of limited jurisdiction."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  As the party invoking federal jurisdiction, Plaintiff has the burden of establishing that this case is within the Court's jurisdiction. *See id.*  A federal court has diversity jurisdiction if (1) the parties to the action are citizens of different states, and (2) the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a).  For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 899, 902 (9th Cir. 2006).  Similarly, "a limited partnership is a citizen of all of the states of which its partners are citizens." *Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-06382-GW-SK                                                                Date: August 12, 2024
Title:  All American Healthcare Services, Inc. v. Shlomo Rechnitz, et al.

     In the Complaint, as to Defendants who are LPs or LLCs, Plaintiff states only that the Defendant is a "California limited liability company with its principal place of business at [a California address]" or Defendant is a "California limited partnership with a principal place of business at [a California address]."  (*See* Compl. ¶¶ 3–11, 13–18.)  But Plaintiff does not allege the identity of the LLCs' or LPs' members or their citizenship.

     Accordingly, Plaintiff is ORDERED to show cause, in writing not to exceed **four pages**, why the Court should not remand this action to state court for lack of subject matter jurisdiction.  Plaintiff's response is due within **five (5) days of the date of this Order**.  Failure to timely respond will result in the immediate remand of the case.

     Initials of Deputy Clerk: cr